IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DONELL J. BLOUNT, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:04CV00429 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GENE M. JOHNSON, et al., | ) | By: Hon. Glen E. Conrad |
|     Defendants. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is now

**ORDERED**

that the plaintiff's motion for reconsideration (docket #147) shall be and hereby is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This _12th_ day of January, 2007.

                                            United States District Judge