IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONNELL J. BLOUNT, SR., <br> Plaintiff, | Civil Action No. 7:04-cv-00429 |
| v. | **FINAL JUDGMENT ORDER** |
| GENE M. JOHNSON, et al., <br> Defendant(s). | By: Hon. James C. Turk <br> Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

as follows: (1) defendant's motion to expand the record (Dkt. 183) is hereby **GRANTED**; (2) judgment is hereby **GRANTED** for the plaintiff, Donnell J. Blount, Sr., on his remaining claims that from approximately April 2004 to September 2005, Defendant Duncan Mills violated his rights to free exercise of his religion under the First Amendment and the Religious Land Use and Institutionalized Persons Act; (3) plaintiff's requests for compensatory and punitive damages are hereby **DENIED** except for nominal damages; (4) plaintiff's request for injunctive relief is hereby **DISMISSED** as moot; and (5) plaintiff is **AWARDED** $1.00 in nominal damages and $203.60 in costs as against Defendant Mills.

The clerk shall strike this action from the active docket of the court.

ENTER: This 30th day of May, 2007.

_____
Senior United States District Judge